Rockingham
No. 81-199

THE STATE OF NEW HAMPSHIRE

v.

DENNIS BRADY

February 12, 1982

*Gregory H. Smith*, attorney general (*Loretta S. Platt*, attorney, on the brief), by brief for the State.

*Dennis Brady*, by brief, pro se.

MEMORANDUM OPINION

Dennis Brady was found guilty of a parking violation in New-market District Court. The Superior Court (*Contas*, J.) accepted a de novo appeal, but denied the defendant's motion to waive the $8 appeal entry fee. This appeal challenges the constitutionality of the appellate filing fee.

A violation is *not* a criminal offense. RSA 625:9 II(b). We see no reason to alter our holding in *State v. Basinow*, 117 N.H. 176, 178, 371 A.2d 458, 460 (1977), upholding such a fee.

*Affirmed.*